No. 90–5383. WORTHEN v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 90–5408. GRIMES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–5415. BLEDSOE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–5422. SELFA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–5483. MITCHELL v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 90–5489. SMITH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–5510. KETCHENS v. LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 90–5523. YATES v. MEMPHIS BAKERY EMPLOYERS ASSN. ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–5544. JOHL v. PETERS ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–5546. KHORRAMI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–5612. GARCIA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 90–5631. HUGHES v. LEONARDO, SUPERINTENDENT, GREEN MEADOWS CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 90–5633. MEADOWS v. LEGURSKY, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 90–5644. PANCHAL ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–5649. RUBIO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–5714. ARIAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.